**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **ADAM LONGORIA,** | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| **vs.** | § | **Civil Action No. 5:02cv112** |
| | § | |
| **STATE OF TEXAS, et al.** | § | |
| Defendants. | § | **Jury** |

**DEFENDANTS HUDSON AND JOHNSON'S
STATUS REPORT**

Pursuant to the court's order issued on November 6, 2007, Defendants David Hudson and Donna Johnson submit this status report regarding the settlement payment in this case. *Docket Entry No. 142.* In support of this report, Defendants offer the following:

On June 10-11, 2007, a jury trial was held in this case. After the close of the parties' evidence but before the case was submitted to the jury, the parties reached a settlement agreement. During the conference held regarding the settlement, Defendants' counsel explained that the settlement could take up to six months to be completed.

Since the settlement agreement was reached, undersigned counsel prepared all of the necessary paperwork, which was submitted to the Attorney General for the State of Texas for approval. Once the Attorney General's approval was obtained, the paperwork was submitted to the Governor of the State of Texas's office for approval. Earlier this month, undersigned counsel received notification that the Governor had approved the settlement, and the paperwork was forwarded to the Comptroller's office so that the treasury warrants could be processed and distributed.

At this time, the Comptroller's office is processing the settlement paperwork and is expected to issue the treasury warrants to undersigned counsel on or before November 21, 2007.  Once undersigned counsel receives the treasury warrants, she will notify Plaintiff's counsel to arrange immediate disbursement.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

KENT C. SULLIVAN
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Assistant Attorney General
Chief, Law Enforcement Defense Division

*/s/* SHANNA ELIZABETH MOLINARE
**SHANNA ELIZABETH MOLINARE**
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24041506

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / Fax (512) 495-9139
Shanna.Molinare@oag.state.tx.us

**ATTORNEYS FOR DEFENDANTS HUDSON AND JOHNSON**

## NOTICE OF ELECTRONIC FILING

I, SHANNA ELIZABETH MOLINARE, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Eastern District of Texas, on this 9th day of November, 2007.

_/s/ SHANNA ELIZABETH MOLINARE_
**SHANNA ELIZABETH MOLINARE**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, SHANNA ELIZABETH MOLINARE, Assistant Attorney General of Texas, do hereby certify that a true copy of **Defendants Hudson and Johnson's Status Report** has been served by upon all counsel of record by electronic filing notification on November 9, 2007.  In addition, a courtesy copy of this pleading will be mailed via United States postal service to:

Christopher Gale
Gale, Wilson & Sanchez
115 East Travis, Suite 618
San Antonio, Texas 78205

_Attorney for Plaintiff_

_/s/ SHANNA ELIZABETH MOLINARE_
**SHANNA ELIZABETH MOLINARE**
Assistant Attorney General